JOHN HARRY BERK, Respondent, *v.* KATE D. BERK, Appellant.

*Appeal — order of Appellate Division modifying order granting motion for alimony and counsel fee in action for divorce.*

*Berk* v. *Berk*, 191 App. Div. 920, appeal dismissed.
(Submitted April 14, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 30, 1920, modifying and affirming as modified an order of Special Term granting a motion for alimony and counsel fee in an action for divorce. Respondent contended that the order of the Appellate Division was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Joseph R. Clevenger* for appellant.

*Michael F. Hennessy* and *John B. Johnston* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.